In the Matter of the Claim of NICHOLAS COCCO, Respondent, against O'DRISCOLL & GROVE et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Appeal from an order of the Workmen's Compensation Board settling this case on appeal. Appellants object to the inclusion in the record of three

doctors' reports, unverified, and made to the carrier. Such reports are not *ipso facto* objectionable in a compensation case, and we cannot tell at this time whether they are material. Order affirmed, with $10 costs and disbursements to the Workmen's Compensation Board. All concur.